```
 1 | Nancy Curry
   | Chapter 13 Trustee
 2 | 606 S. Olive Street, Suite 950
   | Los Angeles, CA  90014
 3 | (213) 689-3014   FAX (213) 689-3055
 4 |
 5 |              UNITED STATES BANKRUPTCY COURT
   |              CENTRAL DISTRICT OF CALIFORNIA
 6 |
 7 | In re:                        ) Case No.: 2:07-bk-12399 VZ
   |                               )
 8 |   Winn, Tawain Jeanette       ) TRUSTEE'S NOTICE OF
   |                               ) UNCLAIMED DIVIDEND
 9 |                               ) (Bankruptcy Rule 3011)
   |                               )
10 |                               )
   |                               )
11 |
12 |    TO THE CLERK OF THE ABOVE-ENTITLED COURT:
13 |    Please find annexed hereto Check No. 631578 in the sum of
14 | $2,029.27 representing the total amount of unclaimed dividend in
15 | the above-entitled debtor's estate.  The check was not
16 | deliverable at the address of record.  The Trustee, after due
17 | diligence, has not been able to locate the payee.  Said sum is
18 | paid over to you pursuant to Bankruptcy Rule 3011.  The record
19 | reflects the name and address of the party entitled to said
20 | unclaimed dividend to be:
21 |             Tawain Jeanette Winn
   |             730 Grape Circle
22 |             Compton, CA 90220
23 |
24 | Date: January 20, 2011              /s/ Nancy Curry
25 |
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee    Check No. 631578

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0712399-VZ | 999-0 | WINN, TAWAIN JEANETTE | | 0.00 | 2,029.27 | 0.00 | 2,029.27 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

January 18, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 631578

PAY** Two Thousand Twenty Nine Dollars and 27 Cents*************************************

TO THE ORDER OF

AMOUNT **********$2,029.27***

VOID AFTER April 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈631578⑈ ⑆061100790⑆ 0000005752001⑈